No. 01–5193. TORRES-RODRIGUEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–5194. SHONG-CHING TONG v. CALIFORNIA. App. Div., Super. Ct. Cal., County of Los Angeles. Certiorari denied.

No. 01–5195. SAPP v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 01–5196. SMITH v. GALAZA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 01–5197. MARJI v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 01–5198. PLEASANT v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 01–5199. PAREDES-ESCOBEDO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–5200. BEASLEY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–5201. WILLIAMS v. BEELER, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 01–5202. THOMAS v. MAZZUCA, SUPERINTENDENT, FISHKILL CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 01–5203. VELAZQUEZ-DELALUZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–5204. CARDENAS-GALVAN v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 01–5205. DUNKLEY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–5206. BLOUNT v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 01–5208. SANDOVAL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–5210. RIOS-PEREZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.